**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cooper River Brick and Beam Company, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-1998842** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **301 Archibald Drive**<br>**Goose Creek, SC 29445**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Berkeley**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **cooperriverbrickandbeamcompany.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Cooper River Brick and Beam Company, LLC**                                     Case number *(if known)* _____
          Name

**7.**  **Describe debtor's business**    A.  *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B.  *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ■ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check **all** that apply*:

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
    ☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Cooper River Brick and Beam Company, LLC**                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____
District _____  When _____  Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

| Debtor | **Cooper River Brick and Beam Company, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2023**
MM / DD / YYYY

X **/s/ John Lugin, Jr.**                                **John Lugin, Jr.**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

X **/s/ Robert R. Meredith, Jr.**                    Date    **September 26, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Robert R. Meredith, Jr. 6152**
Printed name

**Meredith Law Firm, LLC**
Firm name

**4000 Faber Place Drive**
**Suite 120**
**North Charleston, SC 29405**
Number, Street, City, State & ZIP Code

Contact phone    **843-529-9000**        Email address    **rm@meredithlawfirm.com**

**6152 SC**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Cooper River Brick and Beam Company, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF SOUTH CAROLINA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 26, 2023**          X */s/ John Lugin, Jr.*
                                                 Signature of individual signing on behalf of debtor

                                                 **John Lugin, Jr.**
                                                 Printed name

                                                 **Managing Member**
                                                 Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $      0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $      0.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      172,640.79

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      501,053.46

4.  Total liabilities ...........................................................................................................................
Lines 2 + 3a + 3b

| $ | 673,694.25 |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name    **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$0.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **All Bank Accounts Closed** | **Checking** | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$0.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | Cooper River Brick and Beam Company, LLC | 100 % | N/A | $0.00 |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**  **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **The debtor subcontracted out all jobs, there is no equipment or machinery owned by this entity.** | $0.00 | $0.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $0.00 |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Cooper River Brick and Beam Company, LLC**    Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BlueVine, Inc.**<br><br>Creditor's Name<br><br><br>**c/o Celtic Bank Corporation**<br>**268 South State Street, Ste 300**<br>**Salt Lake City, UT 84111**<br><br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br><br>**Date debt was incurred**<br>**10/29/2021**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Business assets including all tangible & intangible personal property, including inventory, equipment, instruments, including promissory notes, chattel paper, documents, accounts receivables, deposit accounts commercial tort claims, etc.**<br><br>**Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$47,234.35** | **$0.00** |
| **2.2** **QS Capital Partners, LLC**<br><br>Creditor's Name<br><br><br>**181 South Franklin Avenue, Ste 300**<br>**Valley Stream, NY 11581**<br><br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Business assets including all tangible & intangible personal property, including inventory, equipment, instruments, including promissory notes, chattel paper, documents, accounts receivables, deposit accounts commercial tort claims, etc.**<br><br>**Describe the lien**<br>**UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | **$45,806.44** | **$0.00** |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**1/13/2022**
**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $79,600.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Business assets including all tangible & intangible personal property, including inventory, equipment, instruments, including promissory notes, chattel paper, documents, accounts receivables, deposit accounts commercial tort claims, etc.**

**409 Third Street, SW**
**Washington, DC 20024**
Creditor's mailing address

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/30/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $172,640.79

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bluevine Capital, Inc.**<br>**401 Warren Street, Suite 300**<br>**Redwood City, CA 94063** | Line **2.1** | |
| **David Fogel, Esq.**<br>**1225 Franklin Avenue, Ste 522**<br>**Garden City, NY 11530** | Line **2.2** | |
| **Franklin J. Love, Esq.**<br>**800 South Barranca Ave, Suite 100**<br>**Covina, CA 91723** | Line **2.1** | |
| **Simply Funding, LLC**<br>**45 Broadway**<br>**New York, NY 10006** | Line **2.2** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor    **Cooper River Brick and Beam Company, LLC**                          Case number (*if known*) _____
         <sub>Name</sub>

Fill in this information to identify the case:

Debtor name        **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1st Colonial Business Solutions, Inc.**<br>**1451 W Cypress Creek Rd Ste 300**<br>**Fort Lauderdale, FL 33309**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Debt Resolution**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**2135 NAD Road, LLC**<br>**2135 NAD Road**<br>**Charleston, SC 29406**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Open Contract**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ABC Supply**<br>**1 ABC Parkway**<br>**Beloit, WI 53511**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Supplies**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$51,591.18** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Adolphus White**<br>**7496 Hawks Circle**<br>**Hanahan, SC 29410**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Completed Contract-Notice Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ben Osbourne**
**1942 Wild Indigo Way**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Berkeley County Tax Collector**
**PO Box 6122**
**Moncks Corner, SC 29461-6120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bo and Beth Evans**
**2418 Albacore Ave**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Seyfried**
**1139 Lands End Drive**
**Hanahan, SC 29410**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Sharp**
**1304 Basketweaver Way**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,459.14 |
|---|---|---|---|

**Builder's 1st Source**
**2001 Bryan Street Suite #1600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher and Stephanie Neary**
**c/o Ross & Cristaldi**
**863 Coleman Blvd Ste B**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher and Stephanie Neary**
**404 Merritt Blvd**
**Isle of Palms, SC 29451**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Coastal Dimensions Land Surveying, LLC**
**PO Box 1874**
**Mount Pleasant, SC 29465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **456**

Basis for the claim:  **5213 Holly Forest**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Coastal Dimensions Land Surveying, LLC**
**PO Box 1874**
**Mount Pleasant, SC 29465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **458**

Basis for the claim:  **7337 Brown Thrasher; 212 Castlewood Ct.; 5890 Lakeview Place**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,875.00 |
|---|---|---|---|

**Coastal Dimensions Land Surveying, LLC**
**PO Box 1874**
**Mount Pleasant, SC 29465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **505**

Basis for the claim:  **2875 River Vista Way; 5216 Holly Forest; 1410 Gemstone Blvd; 1139 Lands End Drive**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Codie Dickert**
**212 Castlewood Court**
**Hanahan, SC 29410**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,135.00 |
|---|---|---|---|

**Cohen's Insulation**
**1415 Old Highway US 52**
**Moncks Corner, SC 29461**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3149**

Basis for the claim:  **1323 Wood Sorrell**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,492.61 |
|---|---|---|---|

**Comenity/Floor and Decor**
**Attn Bankruptcy Department**
**PO Box 183043**
**Columbus, OH 43218**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9237**

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Danny and Kathy Smith**
**1254 Woodsage Drive**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dean Zitka**
**7327 Coopers Hawk Drive**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,034.66**

**First National Bank of South Carolina**
**106 Thomason Blvd**
**Goose Creek, SC 29445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overdrawn Account**

Last 4 digits of account number  **6332**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.00**

**Fogel Services Heating Air Conditioning**
**10019 Highway 78**
**Ladson, SC 29456**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1323 Wood Sorrel Drive**

Last 4 digits of account number  **1548**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Haley Chambers**
**7017 Bilberry Street**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Harvey Branham**
**5435 L and J Estates Road**
**Ravenel, SC 29470**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,087.20**

**Imperial Concrete Construction, LLC**
**3821 W Montague Avenue**
**North Charleston, SC 29418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1323 Wood Sorrel Drive**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,081.39 |
|---|---|---|---|

**Insulation by Cohen's LLC**
**c/o Smith Closser, PA**
**PO Box 40578**
**Charleston, SC 29423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie Shipman**
**6927 Tanner Hall Blvd**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Flaugher**
**388 Mutual Drive**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jozen and Marissa Orbase**
**1319 Song Sparrow Way**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,600.00 |
|---|---|---|---|

**Karns LLC dba Excalibur Stone**
**7360 Pepperdam Ave**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Supplies**

Last 4 digits of account number **2449**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,510.00 |
|---|---|---|---|

**Karns LLC dba Excalibur Stone**
**7360 Pepperdam Ave**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **105 History Lane**

Last 4 digits of account number **2525**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathryn Williams**
**1232 Creekstone Way**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristian Rosenstrom**
**110 Maplewood Court**
**Goose Creek, SC 29445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristy Gore**
**7326 Stoney Moss Way**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,195.10 |
|---|---|---|---|

**Lansing Building Products**
**PO Box 6629**
**Richmond, VA 23230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8531**

Basis for the claim:  **Business Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,090.00 |
|---|---|---|---|

**Larry's Heathing A/C and Electricial, LL**
**401 McLaurin Ave**
**Summerville, SC 29486**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8394**

Basis for the claim:  **212 Castlewood**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,775.00 |
|---|---|---|---|

**Larry's Heathing A/C and Electricial, LL**
**401 McLaurin Ave**
**Summerville, SC 29486**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8397**

Basis for the claim:  **Sanderling Court**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Larry's Heathing A/C and Electricial, LL**
**401 McLaurin Ave**
**Summerville, SC 29486**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8509**

Basis for the claim:  **Tanner Plantation**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Heath**
**121 James Ford Street**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $196,816.66 |
|---|---|---|---|

**Loanme, Inc.**
**1900 S State College Blvd**
**Ste 300**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number  **0186**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lori Yowell**
**328 Anita Drive**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marieke Guerra**
**124 Maple Drive**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marlene Christianson**
**27 Monte Sano Blvd**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin D and Debra A Brown**
**2020 Proximity Drive Apt 921**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matt and Laura Lepine**
**108 Stowmarket Drive**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completed Contract-Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Michael Kreize**
**1407 Mosstree Road**
**North Charleston, SC 29405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address

**Michael Miller**
**1957 Sweetfern Rd**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address

**MTD Properties, LLC**
**300 White Gables Drive**
**Summerville, SC 29483**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address

**Nate Carlson**
**7602 Stargazer Drive**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address

**Pernia Mitchell**
**5529 Sageborough Drive**
**North Charleston, SC 29420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address

**Randy and Mealanie Adkinson**
**1437 Mosstree Road**
**North Charleston, SC 29405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address

**Rick and Lauren Callison**
**105 History Lane**
**Summerville, SC 29485**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Contract**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robin W. and Paul K Moore**
**1240 Winnowing Way Apt 214**
**Mount Pleasant, SC 29466-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**S&K Investments, LLC**
**1330 Belle Grove Circle**
**Hanahan, SC 29410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SC Department of Labor**
**Licensing and Regulation**
**PO Box 11329**
**Columbia, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SC Department of Revenue**
**Office of the General Counsel-Bankruptcy**
**300A Outlet Pointe Blvd**
**Columbia, SC 29210-5666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Seth Morgan**
**1410 Gemstone Blvd**
**Hanahan, SC 29410**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,975.76 |
|---|---|---|---|

**Siding-Pro, LLC**
**2100 Wood Ct**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1323 Wood Sorrel Drive**

Last 4 digits of account number  **3402**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,360.00 |
|---|---|---|---|

**Siding-Pro, LLC**
**2100 Wood Ct**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2875 River Vista Way**

Last 4 digits of account number  **3433**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Cooper River Brick and Beam Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,700.00 |
|---|---|---|---|

**Siding-Pro, LLC**
**2100 Wood Ct**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **404 Merritt Blvd**

Last 4 digits of account number  **3432**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Southern Consulting & Engineering, Inc.**
**105 Central Ave Unit 2**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **5213 Holly Forest**

Last 4 digits of account number  **0101**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Southern Consulting & Engineering, Inc.**
**105 Central Ave Unit 2**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1410 Gemstone**

Last 4 digits of account number  **3901**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Southern Consulting & Engineering, Inc.**
**105 Central Ave Unit 2**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1139 Lands End**

Last 4 digits of account number  **3801**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Southern Consulting & Engineering, Inc.**
**105 Central Ave Unit 2**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **7017 Billberry**

Last 4 digits of account number  **6201**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Southern Consulting & Engineering, Inc.**
**105 Central Ave Unit 2**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lot 11 Wassamasaw**

Last 4 digits of account number  **6003**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,725.00 |
|---|---|---|---|

**Southern Roots Land Development, LLC**
**1324 Winchester Drive**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **1323 Wassamassaw Plantation**

Last 4 digits of account number  **2899**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Cooper River Brick and Beam Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Southern Roots Land Development, LLC**
**1324 Winchester Drive**
**Charleston, SC 29407**

Date(s) debt was incurred _

Last 4 digits of account number  **2874**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wassamasaw**

Is the claim subject to offset? ■ No ☐ Yes

**$11,000.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Synchrony Bank/Lowes Business**
**PO Box 530970**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number  **4398**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

**$514.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Unity LLC**
**5435 L and J Estates Road**
**Ravenel, SC 29470**

Date(s) debt was incurred _

Last 4 digits of account number  **274**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2875 River Vista Way**

Is the claim subject to offset? ■ No ☐ Yes

**$12,960.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Walter and Brooke McCants**
**1151 Lands End Drive**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**William and Joy Starks**
**7305 Sanderling Court**
**Hanahan, SC 29410**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Completed Contract-Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Your Next Door, LLC**
**150 Brittany Lane**
**Bonneau, SC 29431**

Date(s) debt was incurred _

Last 4 digits of account number  **1592**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1323 Wood Sorrell Drive**

Is the claim subject to offset? ■ No ☐ Yes

**$11,280.18**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Your Next Door, LLC**
**150 Brittany Lane**
**Bonneau, SC 29431**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$10,907.58**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chard Law Firm, LLC**<br>**2050 Spaulding Drive, Suite 2**<br>**Charleston, SC 29406** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David W. Patterson**<br>**656 Ellis Oak Avenue Ste 101**<br>**Charleston, SC 29412** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **F. Truett Nettles, II, Esq.**<br>**40 Calhoun Street, Ste 450**<br>**Charleston, SC 29401** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kramer Fox Associates**<br>**7113 Seneca Falls Loop**<br>**Austin, TX 78739** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Nexsen Pruet, LLC**<br>**PO Box 2426**<br>**Columbia, SC 29202** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Qualey Law Firm**<br>**37 Broad Street**<br>**Charleston, SC 29401** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Robert A. Bernstein, Esq.**<br>**PO Box 20519**<br>**Charleston, SC 29413** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Smith Closser, PA**<br>**PO Box 40578**<br>**Charleston, SC 29423** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor   **Cooper River Brick and Beam Company, LLC**                           Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 501,053.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 501,053.46 |

**Fill in this information to identify the case:**

Debtor name     **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Debt Resolution Contract** |
| State the term remaining | **N/A** |
| List the contract number of any government contract | **1st Colonial Business Solutions, Inc.**<br>**1451 W Cypress Creek Rd Ste 300**<br>**Fort Lauderdale, FL 33309** |

**Fill in this information to identify the case:**

Debtor name       **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **John Lugin, Jr.** | **301 Archibald Drive Green Pond, SC 29446** | **Siding-Pro, LLC** | ☐ D _____<br>■ E/F __**3.59**__<br>☐ G _____ |
| 2.2 | **John Lugin, Jr.** | **301 Archibald Drive Green Pond, SC 29446** | **Siding-Pro, LLC** | ☐ D _____<br>■ E/F __**3.60**__<br>☐ G _____ |
| 2.3 | **John Lugin, Jr.** | **301 Archibald Drive Green Pond, SC 29446** | **Siding-Pro, LLC** | ☐ D _____<br>■ E/F __**3.61**__<br>☐ G _____ |
| 2.4 | **John Lugin, Jr.** | **301 Archibald Drive Green Pond, SC 29446** | **QS Capital Partners, LLC** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **John Lugin, Jr.** | **301 Archibald Drive Green Pond, SC 29446** | **Lansing Building Products** | ☐ D _____<br>■ E/F __**3.36**__<br>☐ G _____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |

| **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Loanme, Inc. | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.7 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | First National Bank of South Carolina | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.8 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Imperial Concrete Construction, LLC | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.9 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Coastal Dimensions Land Surveying, LLC | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.10 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Coastal Dimensions Land Surveying, LLC | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.11 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Coastal Dimensions Land Surveying, LLC | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.12 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Your Next Door, LLC | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.13 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Unity LLC | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |

Debtor    **Cooper River Brick and Beam Company, LLC**                Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Larry's Heathing A/C**<br>**and Electrical, LL** | ☐ D _____<br>■ E/F ___3.37___<br>☐ G _____ |
| 2.15 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Larry's Heathing A/C**<br>**and Electrical, LL** | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.16 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Larry's Heathing A/C**<br>**and Electrical, LL** | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.17 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Cohen's Insulation** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.18 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Fogel Services**<br>**Heating Air**<br>**Conditioning** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.19 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Karns LLC dba**<br>**Excalibur Stone** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.20 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Karns LLC dba**<br>**Excalibur Stone** | ☐ D _____<br>■ E/F ___3.32___<br>☐ G _____ |
| 2.21 | **John Lugin, Jr.** | **301 Archibald Drive**<br>**Green Pond, SC 29446** | **Southern Roots Land**<br>**Development, LLC** | ☐ D _____<br>■ E/F ___3.67___<br>☐ G _____ |

Debtor   **Cooper River Brick and Beam Company, LLC**                     Case number *(if known)* _____

| ██ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Robin W. and Paul K Moore** | ☐ D _____  ■ E/F ___3.54___  ☐ G _____ |
| 2.23 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Martin D and Debra A Brown** | ☐ D _____  ■ E/F ___3.45___  ☐ G _____ |
| 2.24 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Christopher and Stephanie Neary** | ☐ D _____  ■ E/F ___3.11___  ☐ G _____ |
| 2.25 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **MTD Properties, LLC** | ☐ D _____  ■ E/F ___3.49___  ☐ G _____ |
| 2.26 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Builder's 1st Source** | ☐ D _____  ■ E/F ___3.10___  ☐ G _____ |
| 2.27 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Christopher and Stephanie Neary** | ☐ D _____  ■ E/F ___3.12___  ☐ G _____ |
| 2.28 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Southern Consulting & Engineering, Inc.** | ☐ D _____  ■ E/F ___3.62___  ☐ G _____ |
| 2.29 | **John Lugin, Jr.**   **301 Archibald Drive**  **Green Pond, SC 29446** | **Southern Consulting & Engineering, Inc.** | ☐ D _____  ■ E/F ___3.63___  ☐ G _____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Southern Consulting<br>& Engineering, Inc. | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.31 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Southern Consulting<br>& Engineering, Inc. | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.32 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Southern Consulting<br>& Engineering, Inc. | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.33 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Southern Roots Land<br>Development, LLC | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |
| 2.34 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | 1st Colonial<br>Business Solutions,<br>Inc. | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.35 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Randy and Mealanie<br>Adkinson | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.36 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Codie Dickert | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.37 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Rick and Lauren<br>Callison | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |

---

Official Form 206H                    Schedule H: Your Codebtors

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Michael Kreize | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.39 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Brett Seyfried | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.40 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Seth Morgan | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |
| 2.41 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | 2135 NAD Road, LLC | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.42 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | US Small Business Administration | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Jozen and Marissa Orbase | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.44 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Comenity/Floor and Decor | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.45 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Adolphus White | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Ben Osbourne | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.47 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Bo and Beth Evans | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.48 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Brett Sharp | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.49 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Danny and Kathy Smith | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.50 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Dean Zitka | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.51 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Haley Chambers | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.52 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Jamie Shipman | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |
| 2.53 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | John Flaugher | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Kathryn Williams | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.55 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Kristian Rosenstrom | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.56 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Kristy Gore | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.57 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Laura Heath | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.58 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Lori Yowell | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.59 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Marieke Guerra | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.60 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Marlene Christianson | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.61 | John Lugin, Jr. | 301 Archibald Drive<br>Green Pond, SC 29446 | Matt and Laura Lepine | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Michael Miller** | ☐ D ____ ■ E/F __3.48__ ☐ G ____ |
| 2.63 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Nate Carlson** | ☐ D ____ ■ E/F __3.50__ ☐ G ____ |
| 2.64 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Pernia Mitchell** | ☐ D ____ ■ E/F __3.51__ ☐ G ____ |
| 2.65 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Walter and Brooke McCants** | ☐ D ____ ■ E/F __3.71__ ☐ G ____ |
| 2.66 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **William and Joy Starks** | ☐ D ____ ■ E/F __3.72__ ☐ G ____ |
| 2.67 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **ABC Supply** | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.68 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Insulation by Cohen's LLC** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.69 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Harvey Branham** | ☐ D ____ ■ E/F __3.24__ ☐ G ____ |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **Your Next Door, LLC** | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |
| 2.71 | **John Lugin, Jr.** | **301 Archibald Drive** **Green Pond, SC 29446** | **BlueVine, Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.72 | **Tammy Carol Lugin** | **301 ARchibald Blvd** **Goose Creek, SC 29445** | **Your Next Door, LLC** | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **Cooper River Brick and Beam Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>■ Other  **This business Ended in June 2022** | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$1,020,991.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$1,899,289.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Cooper River Brick and Beam Company, LLC**                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | QS Capital Partners, LLC v. Cooper River Brick and Beam Company, LLC et al. 505571/2002 | Breach of Contract | Supreme Court of New York Kings County Supreme Court 360 Adams Street Suite #4 Brooklyn, NY 11201 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | American Builders And Contractors Supply Co., Inc. v. Cooper River Brick And Beam Company Llc, et al 2022CP0801731 | Debt Collection | Berkeley County Court of Common Pleas 300 B California Avenue Moncks Corner, SC 29461 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | Insulation by Cohen's, LLC v. Cooper River Brick and Beam Company, LLC et al. 2022CP0801880 | Mechanic's Lien | Berkeley County Court of Common Pleas 300 B California Avenue Moncks Corner, SC 29461 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Harvey Branham / Unity, LLC v. Cooper River Brick & Beam Company, L L C et al. 2023CV0810700945 | Breach of Contract/Unpaid Wages | Charleston County Magistrate Court 101 Meeting Street 3rd Floor Charleston, SC 29403 | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | Cooper River Brick and Beam Company, LLC | | Case number *(if known)* |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Your Next Door, LLC v. Cooper River Brick and Beam Company LLC, et al.<br>2022CP0802602 | Mechanic's Lien | Berkeley County Court of Common Pleas<br>300 B California Avenue<br>Moncks Corner, SC 29461 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Your Next Door, LLC v. Cooper River Brick And Beam Company LLC, et al.<br>2022CP0802598 | Mechanic's Lien | Berkeley County Court of Common Pleas<br>300-B California Avenue<br>Moncks Corner, SC 29461 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Siding-Pro, LLC v. Cooper River Brick And Beam Company LLC et al.<br> 2022CP0802605 | Mechanic's Lien | Berkeley County Court of Common Pleas<br>300 B California Avenue<br>Moncks Corner, SC 29461 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Larry's Heating A/C And Electrical, LLC v. Cooper River Brick And Beam Company, LLC<br>2022CV0810701008 | Debt Collection | Berkeley County Magistrates Court<br>303 B North Goose Creek Blvd<br>Goose Creek, SC 29445 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | Lansing Building Products, LLC v. Cooper River Brick And Beam Company, LLC, et al.<br>2023CV0810700164 | Debt Collection | Berkeley County Magistrates Office<br>303 B North Goose Creek Blvd<br>Goose Creek, SC 29445 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | First National Bank of SC v. Cooper River Brick and Beam, LLC et al.<br>2023CV0810700699 | Debt Collection | Berkeley County Magistrates Office<br>303  B North Goose Creek Blvd<br>Goose Creek, SC 29445 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Fogel Services, Inc. v. Cooper River Brick And Beam Company, LLC et al.<br> 2023CV0810701021 | Debt Collection | Berkeley County Magistrates Office<br>303 B North Goose Creek Blvd<br>Goose Creek, SC 29445 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Lansing Building Products, LLC v. Cooper River Brick and Beam, LLC et al.<br> 2023CP0802123 | Debt Collection | Berkeley County Court of Common Pleas<br>300-B California Avenue<br>Moncks Corner, SC 29461 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | Southern Roots Land Development, LLC v. Cooper River Brick And Beam, LLC, et al.<br>2022CP0802401 | Debt Collection | Berkeley County Court of Common Pleas<br>300-B California Avenue<br>Moncks Corner, SC 29461 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | Builders Firstsource-Southeast Group LLC v. Cooper River Brick And Beam Company LLC<br> 2022CP1801266 | Debt Collection | Berkeley County Court of Common Pleas<br>300-B California Avenue<br>Moncks Corner, SC 29461 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Cooper River Brick and Beam Company, LLC**                                         Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. | **Stephanie Neary and Christopher Neary v. Cooper River Brick and Beam, LLC**<br>**2022CP1003490** | **Breach of Contract** | **Charleston County Court of Common Pleas**<br>**100 Broad Street Ste 106**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **1st Colonial Business Solutions, Inc.**<br>**1451 W Cypress Creek Rd Ste 300**<br>**Fort Lauderdale, FL 33309** | **Debt Resolution Payments** | **February 2022 - June 2022** | **$52,681.51** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Cooper River Brick and Beam Company, LLC**                    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7413 Purser Lane** **Hanahan, SC 29410** | **June 2019 - May 2021** |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | _____ |

cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Horizon**<br>**165 Madison Avenue**<br>**Memphis, TN 38103** | **XXXX-0725** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business Checking** | **October 29, 2021** | **$176.55** |
| 18.2. | **Wells Fargo Bank**<br>**Attn: Bankruptcy**<br>**1 Home Campus**<br>**Mac X2303-01a**<br>**Des Moines, IA 50328** | **XXXX-5415** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business Checking** | **March 8, 2022** | **$26.79** |
| 18.3. | **Wells Fargo Bank**<br>**Attn: Bankruptcy**<br>**1 Home Campus**<br>**Mac X2303-01a**<br>**Des Moines, IA 50328** | **XXXX-0470** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business Checking** | **June 14, 2022** | **$54.40** |
| 18.4. | **First Citizens Bank**<br>**239 Fayetteville Street**<br>**Raleigh, NC 27601** | **XXXX-8348** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business Checking** | **October 21, 2022** | **$0.00** |
| 18.5. | **First National Bank of South Carolina**<br>**415 Main Street**<br>**Summerville, SC 29483** | **XXXX-6332** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business Checking** | **This account was closed in June 2022 due to the account being overdrawn. First National Bank has a pending lawsuit against the debtor.** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Cooper River Brick and Beam Company, LLC**                          Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<br>

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<br>

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
|  |  | Dates business existed |

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.    **Cooper River Brick and Beam Company, LLC<br>301 Archibald Drive<br>Goose Creek, SC 29445** | **New Home Construction and Remodeling General Contractor** | **Dates business existed**<br>EIN:    **84-1998842**<br><br>From-To    **June 2019 - June 2022** |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **John Lugin, Jr.<br>301 Archibald Drive<br>Green Pond, SC 29446** | **N/A** |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Lugin, Jr.** | **301 Archibald Drive<br>Green Pond, SC 29446** | **Managing Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

| Debtor | **Cooper River Brick and Beam Company, LLC** | Case number *(if known)* | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 26, 2023**

**/s/ John Lugin, Jr.**                                     **John Lugin, Jr.**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **Cooper River Brick and Beam Company, LLC**                     Case No. _____

                                                    Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **4,162.00**

    Prior to the filing of this statement I have received _____   $ _____ **4,162.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **N/A**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Defense or prosecution of adversary proceedings, motions to modify the stay, audits, motions to incur debt or
    sell an asset, 2004 examinations, defense of dischargeability actions and, in a chapter 13 case, modification of
    the plan after confirmation and any other motion, filing or proceeding taking place after confirmation.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 26, 2023**                          **/s/ Robert R. Meredith, Jr.**
_Date_                                          **Robert R. Meredith, Jr. 6152**
                                                _Signature of Attorney_
                                                **Meredith Law Firm, LLC**
                                                **4000 Faber Place Drive**
                                                **Suite 120**
                                                **North Charleston, SC 29405**
                                                **843-529-9000  Fax: 843-529-9907**
                                                **rm@meredithlawfirm.com**
                                                _Name of law firm_

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Cooper River Brick and Beam Company, LLC**                    Case No. _____
                                                    Debtor(s)            Chapter    **7**    _____

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:    **September 26, 2023**                    **/s/ John Lugin, Jr.**
                                                **John Lugin, Jr./Managing Member**
                                                Signer/Title

Date:    **September 26, 2023**                    **/s/ Robert R. Meredith, Jr.**
                                                Signature of Attorney
                                                **Robert R. Meredith, Jr. 6152**
                                                **Meredith Law Firm, LLC**
                                                **4000 Faber Place Drive**
                                                **Suite 120**
                                                **North Charleston, SC 29405**
                                                **843-529-9000   Fax: 843-529-9907**
                                                Typed/Printed Name/Address/Telephone

                                                **6152 SC**
                                                District Court I.D. Number

1ST COLONIAL BUSINESS SOLUTIONS, INC.
1451 W CYPRESS CREEK RD STE 300
FORT LAUDERDALE FL 33309


2135 NAD ROAD, LLC
2135 NAD ROAD
CHARLESTON SC 29406


ABC SUPPLY
1 ABC PARKWAY
BELOIT WI 53511


ADOLPHUS WHITE
7496 HAWKS CIRCLE
HANAHAN SC 29410


BEN OSBOURNE
1942 WILD INDIGO WAY
HANAHAN SC 29410


BERKELEY COUNTY TAX COLLECTOR
PO BOX 6122
MONCKS CORNER SC 29461-6120


BLUEVINE CAPITAL, INC.
401 WARREN STREET, SUITE 300
REDWOOD CITY CA 94063


BLUEVINE, INC.
C/O CELTIC BANK CORPORATION
268 SOUTH STATE STREET, STE 300
SALT LAKE CITY UT 84111


BO AND BETH EVANS
2418 ALBACORE AVE
CHARLESTON SC 29406


BRETT SEYFRIED
1139 LANDS END DRIVE
HANAHAN SC 29410


BRETT SHARP
1304 BASKETWEAVER WAY
HANAHAN SC 29410

BUILDER'S 1ST SOURCE
2001 BRYAN STREET SUITE #1600
DALLAS TX 75201


CHARD LAW FIRM, LLC
2050 SPAULDING DRIVE, SUITE 2
CHARLESTON SC 29406


CHRISTOPHER AND STEPHANIE NEARY
C/O ROSS & CRISTALDI
863 COLEMAN BLVD STE B
MOUNT PLEASANT SC 29464


CHRISTOPHER AND STEPHANIE NEARY
404 MERRITT BLVD
ISLE OF PALMS SC 29451


COASTAL DIMENSIONS LAND SURVEYING, LLC
PO BOX 1874
MOUNT PLEASANT SC 29465


CODIE DICKERT
212 CASTLEWOOD COURT
HANAHAN SC 29410


COHEN'S INSULATION
1415 OLD HIGHWAY US 52
MONCKS CORNER SC 29461


COMENITY/FLOOR AND DECOR
ATTN BANKRUPTCY DEPARTMENT
PO BOX 183043
COLUMBUS OH 43218


DANNY AND KATHY SMITH
1254 WOODSAGE DRIVE
HANAHAN SC 29410


DAVID FOGEL, ESQ.
1225 FRANKLIN AVENUE, STE 522
GARDEN CITY NY 11530


DAVID W. PATTERSON
656 ELLIS OAK AVENUE STE 101
CHARLESTON SC 29412

DEAN ZITKA
7327 COOPERS HAWK DRIVE
HANAHAN SC 29410


F. TRUETT NETTLES, II, ESQ.
40 CALHOUN STREET, STE 450
CHARLESTON SC 29401


FIRST NATIONAL BANK OF SOUTH CAROLINA
106 THOMASON BLVD
GOOSE CREEK SC 29445


FOGEL SERVICES HEATING AIR CONDITIONING
10019 HIGHWAY 78
LADSON SC 29456


FRANKLIN J. LOVE, ESQ.
800 SOUTH BARRANCA AVE, SUITE 100
COVINA CA 91723


HALEY CHAMBERS
7017 BILBERRY STREET
HANAHAN SC 29410


HARVEY BRANHAM
5435 L AND J ESTATES ROAD
RAVENEL SC 29470


IMPERIAL CONCRETE CONSTRUCTION, LLC
3821 W MONTAGUE AVENUE
NORTH CHARLESTON SC 29418


INSULATION BY COHEN'S LLC
C/O SMITH CLOSSER, PA
PO BOX 40578
CHARLESTON SC 29423


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMIE SHIPMAN
6927 TANNER HALL BLVD
HANAHAN SC 29410

JOHN FLAUGHER
388 MUTUAL DRIVE
CHARLESTON SC 29414


JOHN LUGIN, JR.
301 ARCHIBALD DRIVE
GREEN POND SC 29446


JOZEN AND MARISSA ORBASE
1319 SONG SPARROW WAY
HANAHAN SC 29410


KARNS LLC DBA EXCALIBUR STONE
7360 PEPPERDAM AVE
NORTH CHARLESTON SC 29418


KATHRYN WILLIAMS
1232 CREEKSTONE WAY
HANAHAN SC 29410


KRAMER FOX ASSOCIATES
7113 SENECA FALLS LOOP
AUSTIN TX 78739


KRISTIAN ROSENSTROM
110 MAPLEWOOD COURT
GOOSE CREEK SC 29445


KRISTY GORE
7326 STONEY MOSS WAY
HANAHAN SC 29410


LANSING BUILDING PRODUCTS
PO BOX 6629
RICHMOND VA 23230


LARRY'S HEATHING A/C AND ELECTRICIAL, LL
401 MCLAURIN AVE
SUMMERVILLE SC 29486


LAURA HEATH
121 JAMES FORD STREET
GOOSE CREEK SC 29445

LOANME, INC.
1900 S STATE COLLEGE BLVD
STE 300
ANAHEIM CA 92806


LORI YOWELL
328 ANITA DRIVE
GOOSE CREEK SC 29445


MARIEKE GUERRA
124 MAPLE DRIVE
GOOSE CREEK SC 29445


MARLENE CHRISTIANSON
27 MONTE SANO BLVD
HANAHAN SC 29410


MARTIN D AND DEBRA A BROWN
2020 PROXIMITY DRIVE APT 921
CHARLESTON SC 29414


MATT AND LAURA LEPINE
108 STOWMARKET DRIVE
GOOSE CREEK SC 29445


MICHAEL KREIZE
1407 MOSSTREE ROAD
NORTH CHARLESTON SC 29405


MICHAEL MILLER
1957 SWEETFERN RD
HANAHAN SC 29410


MTD PROPERTIES, LLC
300 WHITE GABLES DRIVE
SUMMERVILLE SC 29483


NATE CARLSON
7602 STARGAZER DRIVE
HANAHAN SC 29410


NEXSEN PRUET, LLC
PO BOX 2426
COLUMBIA SC 29202

PERNIA MITCHELL
5529 SAGEBOROUGH DRIVE
NORTH CHARLESTON SC 29420

QS CAPITAL PARTNERS, LLC
181 SOUTH FRANKLIN AVENUE, STE 300
VALLEY STREAM NY 11581

QUALEY LAW FIRM
37 BROAD STREET
CHARLESTON SC 29401

RANDY AND MEALANIE ADKINSON
1437 MOSSTREE ROAD
NORTH CHARLESTON SC 29405

RICK AND LAUREN CALLISON
105 HISTORY LANE
SUMMERVILLE SC 29485

ROBERT A. BERNSTEIN, ESQ.
PO BOX 20519
CHARLESTON SC 29413

ROBIN W. AND PAUL K MOORE
1240 WINNOWING WAY APT 214
MOUNT PLEASANT SC 29466-6000

S&K INVESTMENTS, LLC
1330 BELLE GROVE CIRCLE
HANAHAN SC 29410

SC DEPARTMENT OF LABOR
LICENSING AND REGULATION
PO BOX 11329
COLUMBIA SC 29211

SC DEPARTMENT OF REVENUE
OFFICE OF THE GENERAL COUNSEL-BANKRUPTCY
300A OUTLET POINTE BLVD
COLUMBIA SC 29210-5666

SETH MORGAN
1410 GEMSTONE BLVD
HANAHAN SC 29410

SIDING-PRO, LLC
2100 WOOD CT
MARIETTA GA 30062


SIMPLY FUNDING, LLC
45 BROADWAY
NEW YORK NY 10006


SMITH CLOSSER, PA
PO BOX 40578
CHARLESTON SC 29423


SOUTHERN CONSULTING & ENGINEERING, INC.
105 CENTRAL AVE UNIT 2
GOOSE CREEK SC 29445


SOUTHERN ROOTS LAND DEVELOPMENT, LLC
1324 WINCHESTER DRIVE
CHARLESTON SC 29407


SYNCHRONY BANK/LOWES BUSINESS
PO BOX 530970
ATLANTA GA 30353


TAMMY CAROL LUGIN
301 ARCHIBALD BLVD
GOOSE CREEK SC 29445


UNITY LLC
5435 L AND J ESTATES ROAD
RAVENEL SC 29470


US SMALL BUSINESS ADMINISTRATION
409 THIRD STREET, SW
WASHINGTON DC 20024


WALTER AND BROOKE MCCANTS
1151 LANDS END DRIVE
HANAHAN SC 29410


WILLIAM AND JOY STARKS
7305 SANDERLING COURT
HANAHAN SC 29410

```
YOUR NEXT DOOR, LLC
150 BRITTANY LANE
BONNEAU SC 29431
```

# United States Bankruptcy Court
## District of South Carolina

In re    **Cooper River Brick and Beam Company, LLC**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cooper River Brick and Beam Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 26, 2023**

Date

/s/ **Robert R. Meredith, Jr.**

**Robert R. Meredith, Jr. 6152**

Signature of Attorney or Litigant

Counsel for   **Cooper River Brick and Beam Company, LLC**

**Meredith Law Firm, LLC**
**4000 Faber Place Drive**
**Suite 120**
**North Charleston, SC 29405**
**843-529-9000 Fax:843-529-9907**
**rm@meredithlawfirm.com**